UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASHUTOSH S. DAVE          :          BKY. NO. 18-17445

DEBTOR          :          CHAPTER 13

ORDER FOR EXTENSION OF TIME TO FILE SCHEDULES,
STATEMENT OF FINANCIAL AFFAIRS, MEANS TEST AND PLAN

It is ORDERED that the Debtor shall have until 12/7/18 ~~2018~~ to file the Schedules, Statement of Financial Affairs, Means Test and Plan.

BY THE COURT:

_____
Richard E. Fehling
Chief Bankruptcy Judge