UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASHUTOSH S. DAVE      :      BKY. NO. 18-17445

DEBTOR      :      CHAPTER 13

AMENDED*
ORDER FOR EXTENSION OF TIME TO FILE SCHEDULES,
STATEMENT OF FINANCIAL AFFAIRS, MEANS TEST AND PLAN

It is ORDERED that the Debtor shall have until 12/7/18 to file the Schedules, Statement of Financial Affairs, Means Test and Plan.

BY THE COURT:

_____
Richard E. Fehling
Chief Bankruptcy Judge

11/21/18

*Amended solely to include the date.