United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-17445-ref
Ashutosh S. Dave                                                                Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Lisa          Page 1 of 1           Date Rcvd: Nov 21, 2018
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2018.
db          +Ashutosh S. Dave,   2807 Eagle Nest Lane,   Nazareth, PA 18064-1461

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2018 at the address(es) listed below:
      JON M. ADELSTEIN    on behalf of Debtor Ashutosh S. Dave jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com
      KEVIN G. MCDONALD    on behalf of Creditor   Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                                                                   TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASHUTOSH S. DAVE         :    BKY. NO. 18-17445

DEBTOR                          :    CHAPTER 13

**AMENDED** *

ORDER FOR EXTENSION OF TIME TO FILE SCHEDULES,
STATEMENT OF FINANCIAL AFFAIRS, MEANS TEST AND PLAN

It is ORDERED that the Debtor shall have until **12/7/18** to file the Schedules, Statement of Financial Affairs, Means Test and Plan.

BY THE COURT:

_____
Richard E. Fehling
Chief Bankruptcy Judge

11/21/18

* Amended solely to include the date.